JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEBORAH K. BANKS,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. 2:20-cv-01703-JDE<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of

Social Security is affirmed and this matter is dismissed with prejudice.

Dated: November 25, 2020

_____
JOHN D. EARLY
United States Magistrate Judge